## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES, U.S. CUSTOMS AND BORDER PROTECTION,<br><br>      Defendants. | Consol. Court No. 21-00318 |

## ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable M. Miller Baker, is hereby reassigned to the Honorable Joseph A. Laroski, Jr.

Dated at New York, New York, this 27th day of March, 2024

            /s/ Mark A. Barnett
           Mark A. Barnett
           Chief Judge