UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. JOSEPH A. LAROSKI, JR., JUDGE

| | |
|---|---|
| RICHMOND INTERNATIONAL FOREST PRODUCTS LLC, : : Plaintiff, : : v. : : UNITED STATES, : : Defendant. : | Consol. Ct. No. 21-00318 |

**STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing fo the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of hardwood plywood manufactured in Cambodia by LB Wood (Cambodia) Co., Ltd. ("LB Wood"). The hardwood plywood was described in the commercial invoices as various types of plywood, with descriptions including, but not limited to, "White Birch C2 Platinum CARB EPA&TSCA Plywood," "White Birch C2 Platinum CARB P2 UV1S Plywood," "White Birch C2 Platinum CARB P2 & TSCA Title VI Compl UV2S Plywood," "White Birch Platinum CARB2 & TSCA6 UV2S Plywood," "White Birch Platinum CARB2 &

TSCA6 UV1S Plywood" or "White Birch C2 CARB P2 CERT UV2S Plywood." The imported merchandise covered by the entries set forth on the attached schedule is hereinafter referred to as "hardwood plywood."

3. The imported merchandise was liquidated by U.S. Customs and Border Protection as of Chinese origin, and antidumping and countervailing duties were assessed, as were duties under Section 301 of the Trade Act of 1974 (Section 301).

4. The stipulable imported merchandise is of Cambodian origin and is not subject to antidumping, countervailing or Section 301 duties.

5. The imported merchandise covered by the entries set forth on the attached schedule is stipulable in accordance with this Agreement.

6. Any refunds payable by reason of this judgment are to be paid with interest as provided by law.

7. All other claims and non-stipulable entries are abandoned.

8. Each party agrees to bear its own attorneys fees, related litigation expenses, and costs.

Respectfully submitted,

By: _____ 1/16/25

MICHAEL ROLL
Roll & Harris LLP
2121 Avenue of the Stars, Ste 800
Los Angeles, CA 90067
Attorney for Plaintiff
Tel: 310-294-9501

By: _____ 1/16/25

JEFFREY S. GRIMSON

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. McCARTHY
Director

By: _____ 1/16/2025

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

JILL A. CRAMER
Mowry & Grimson, PLLC
5335 Wisconsin Avenue, Suite 810
Washington, DC 20015
202-688-3610
trade@mowrygrimson.com

International Trade Field Office
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refunds with interest in accordance with the stipulation of the parties set forth above.

Date:_____                                  _____

    New York, NY                                            Hon. Joseph A. Laroski, Jr.

SCHEDULE A TO
STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

| Court # | Protest # | Entry # | Description of Merchandise |
|---|---|---|---|
| 21-063 | 460120118749 | 99009491608 | Hardwood plywood |
| 21-063 | 460120118749 | 99009493869 | Hardwood plywood |
| 21-063 | 460120118749 | 99009493877 | Hardwood plywood |
| 21-318 | 460121125036 | 99009506876 | Hardwood plywood |
| 21-318 | 460121125036 | 99009508385 | Hardwood plywood |
| 21-318 | 460121125036 | 99009509748 | Hardwood plywood |
| 21-318 | 460121125036 | 99009510050 | Hardwood plywood |
| 21-318 | 460121125036 | 99009510886 | Hardwood plywood |
| 21-318 | 460121125036 | 99009510894 | Hardwood plywood |
| 21-318 | 460121125036 | 99009512361 | Hardwood plywood |
| 21-318 | 460121125036 | 99009513427 | Hardwood plywood |
| 21-318 | 460121125036 | 99009514078 | Hardwood plywood |
| 21-318 | 460121125036 | 99009514086 | Hardwood plywood |
| 21-318 | 460121125036 | 99009514094 | Hardwood plywood |
| 21-318 | 460121125036 | 99009514102 | Hardwood plywood |
| 21-318 | 460121125036 | 99009514896 | Hardwood plywood |
| 21-318 | 460121125036 | 99009507528 | Hardwood plywood |
| 21-318 | 460121125036 | 99009510100 | Hardwood plywood |
| 21-318 | 460121125036 | 99009510803 | Hardwood plywood |
| 21-318 | 460121125036 | 99009512932 | Hardwood plywood |
| 21-318 | 460121125036 | 99009507411 | Hardwood plywood |
| 21-318 | 460121125036 | 99009508724 | Hardwood plywood |
| 21-318 | 460121125036 | 99009508732 | Hardwood plywood |
| 21-318 | 460121125036 | 99009509870 | Hardwood plywood |
| 21-318 | 460121125036 | 99009513203 | Hardwood plywood |
| 21-318 | 460121125036 | 99009512379 | Hardwood plywood |
| 21-319 | 460121125039 | 99009515448 | Hardwood plywood |
| 21-319 | 460121125039 | 99009516222 | Hardwood plywood |
| 21-319 | 460121125039 | 99009516263 | Hardwood plywood |
| 21-319 | 460121125039 | 99009516271 | Hardwood plywood |
| 21-319 | 460121125039 | 99009517949 | Hardwood plywood |
| 21-319 | 460121125039 | 99009517915 | Hardwood plywood |
| 21-319 | 460121125039 | 99009517923 | Hardwood plywood |
| 21-319 | 460121125039 | 99009517931 | Hardwood plywood |
| 21-319 | 460121125039 | 99009520463 | Hardwood plywood |
| 21-319 | 460121125039 | 99009520372 | Hardwood plywood |

| | | | |
|---|---|---|---|
| 21-319 | 460121125039 | 99009520398 | Hardwood plywood |
| 21-319 | 460121125039 | 99009520406 | Hardwood plywood |
| 21-319 | 460121125039 | 99009520448 | Hardwood plywood |
| 21-319 | 460121125039 | 99009520455 | Hardwood plywood |
| 21-319 | 460121125039 | 99009521230 | Hardwood plywood |
| 21-319 | 460121125039 | 99009521222 | Hardwood plywood |
| 21-319 | 460121125039 | 99009522147 | Hardwood plywood |
| 21-319 | 460121125039 | 99009522154 | Hardwood plywood |
| 21-319 | 460121125039 | 99009523095 | Hardwood plywood |
| 21-319 | 460121125039 | 99009523806 | Hardwood plywood |
| 21-319 | 460121125039 | 99009523913 | Hardwood plywood |
| 21-319 | 460121125039 | 99009540420 | Hardwood plywood |
| 21-319 | 460121125039 | 99009544315 | Hardwood plywood |
| 21-319 | 460121125039 | 99009545221 | Hardwood plywood |
| 21-319 | 460121125039 | 99009547516 | Hardwood plywood |
| 21-319 | 460121125039 | 99009516610 | Hardwood plywood |
| 21-319 | 460121125039 | 99009523889 | Hardwood plywood |
| 21-319 | 460121125039 | 99009541337 | Hardwood plywood |
| 21-319 | 460121125039 | 99009544257 | Hardwood plywood |
| 21-319 | 460121125039 | 99009516214 | Hardwood plywood |
| 21-319 | 460121125039 | 99009518640 | Hardwood plywood |
| 21-319 | 460121125039 | 99009517352 | Hardwood plywood |
| 21-319 | 460121125039 | 99009544984 | Hardwood plywood |

*The phrase "hardwood plywood" in the last column above covers all merchandise on the above entries *

Case 1:21-cv-00063-JAL     Document 31     Filed 01/16/25     Page 6 of 6